

Wednesday, March 23, 2011

No. 11–8009/MC. Frank D. Wuterich, Appellant v. David L. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and United States, Appellees. CCA 200800183. Appellees' motion to extend time to comply with this Court's order granted to March 24, 2011.

Thursday, March 24, 2011

No. 11–0320/AF. U.S. v. Crane Xu. CCA 37722. Appellant's *third* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including March 31, 2011, and absent extraordinary circumstances, no further extension of time will be granted to file the supplement in this case.*